IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRIEN YOUNG, individually and on behalf of others similarly situated,** § § | No. 3:07 cv 1818-M |
| Plaintiffs, § | |
| vs. § | COLLECTIVE ACTION |
| § | |
| **SEA HORSE VENTURE IV, LLC,** § | |
| Defendant. § | JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION FOR NOTICE TO POTENTIAL CLASS MEMBERS
_____

On this day the Court considered Plaintiff's Unopposed Motion for Notice to Potential Class Members. After reviewing the motion, the Court finds that the motion is well-taken and should be granted. It is, therefore

ORDERED that Plaintiff's Unopposed Motion for Notice to Potential Class Members is hereby granted and that the form of the Notice to Potential Class Members and Notice of Consent is hereby approved. The 'opt in' period shall close sixty (60) days after Defendant provides to Plaintiff's counsel a complete list containing the names and last known addresses of all members of the putative class. Defendant is hereby ordered to furnish Plaintiff's counsel with a list of the putative class members within fourteen (14) days from the date of this order.

Signed this 27th day of February, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS