UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIEN YOUNG and JACK LIU, | § | CASE NO. 3:07-CV-1818-M |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | COLLECTIVE ACTION |
| | § | |
| SEA HORSE VENTURE IV, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**FINAL JUDGMENT**

Following a bench trial of this matter and based upon this Court's findings of fact and conclusions of law, this Court enters Judgment as follows:

1. Having found that Plaintiffs were required by the Defendant to participate in an invalid tip pool, and that Defendant violated the minimum and overtime wage provisions of the Fair Labor Standards Act (FLSA) by paying Plaintiffs less than the statutorily required wages during their employment, the Court hereby orders Defendant to pay Plaintiff Young $1,718.88 in unpaid minimum wages and $220.90 in unpaid overtime wages. Defendant is further ordered to pay Plaintiff Liu $5,340.77 in unpaid minimum wages and $920.76 in unpaid overtime wages.

2. Having found that Defendant failed to establish a "good faith" defense to the above violations of the FLSA, the Court hereby orders Defendant to pay Plaintiff Young $1,939.78 in liquidated damages, and to pay Plaintiff Liu $6,261.53 in liquidated damages.

3. Under the FLSA, Plaintiffs are entitled to payment by the Defendant of their reasonable attorneys' fees and taxable court costs, as provided by 29 U.S.C. § 216(b), which shall be subsequently determined by this Court.

4. Plaintiffs shall recover from the Defendant interest on all amounts awarded, pursuant to 28 U.S.C. § 1961, at the rate of .54% per annum, compounded annually, beginning on the date of this judgment, until paid.

SO ORDERED this 9th day of February, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS